HENRY WEISGERBER, Respondent, *v.* J. KANE GROCERY Co., INC., Appellant, Impleaded with Another.

Submitted May 27, 1940; decided June 4, 1940.

*Marcus J. Friedman* for motion.

*George J. Stacy* and *James J. Mahoney* opposed.

Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NORMAN WHEELOCK, Appellant.

Argued April 11, 1940; decided June 11, 1940.

*Alton J. Wightman* for appellant.

*George A. King, District Attorney* (*Clarence H. Brisco* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.